UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
Eric J. McQuithey and Billi Jo McQuithey,
Debtor(s).
29417 Walnut St.
Flat Rock, MI 481340000
SSN: XXX-XX-5243, SSN: XXX-XX-2543

CHAPTER 13
CASE NO. 14-58730-WSD
JUDGE WALTER SHAPERO

_____/

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF CONDOR CAPITAL CORP, PACER CLAIM # 2-1

NOW COMES the Chapter 13 Trustee, Tammy L. Terry, pursuant to 11 U.S.C. Section 704(5) and Federal Rule of Bankruptcy procedure 3007 and hereby objects to the Proof of Claim by **CONDOR CAPITAL CORP, PACER CLAIM # 2-1**, for the following reasons:

1. The debtor filed for Chapter 13 relief on December 5, 2014. This matter was confirmed on June 26, 2015.

2. On December 12, 2014, **CONDOR CAPITAL CORP, PACER CLAIM # 2-1**, filed a secured proof of claim in the amount of $12,076.31. (See attached proof of claim)

3. The claimant failed to attach supporting documents evidencing its priority status in contravention of 11 U.S.C. §507(a).

4. As such, the Trustee is unable to administer these proceedings.

WHEREFORE, the Chapter 13 Trustee requests this Honorable Court disallow the proof of claim for **CONDOR CAPITAL CORP, PACER CLAIM # 2-1** in the amount of $12,076.81.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE DETROIT
Tammy L. Terry, Attorney and Chapter 13 Standing Trustee

/s/ TAMMY L. TERRY (P46254)
Chapter 13 Trustee
/s KIMBERLY J. SHORTER-SIEBERT (P49608)
/s/ MARILYN R. SOMERS-KANTZER (P52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

October 5, 2015

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Eastern District of Michigan | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>Eric J & Billi Jo McQuithey | Case Number:<br>14-58730 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Condor Capital Corp.

Name and address where notices should be sent:
Condor Capital Corp.
165 Oser Ave
Hauppauge, NY 11788-8827

Telephone number: (516) 932-9090    email: bankruptcy@condorcap.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 12,076.81

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Auto Loan
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
9 5 7 3

3a. Debtor may have scheduled account as:
_____
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
_____
(See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
Describe: 2011 Ford Focus VIN#1FAHP3GN1BW164400

Value of Property: $ 12,076.81

Annual Interest Rate 18.990% ☑ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ 1,522.52

Basis for perfection: Title

Amount of Secured Claim: $ 12,076.81

Amount Unsecured: $ 0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:
Eric J. McQuithey and Billi Jo McQuithey,
Debtor(s).
29417 Walnut St.
Flat Rock, MI 481340000
SSN: XXX-XX- 5243, SSN: XXX-XX-2543

CHAPTER 13
CASE NO. 14-58730-WSD
JUDGE WALTER SHAPERO

_____/

### NOTICE OF OBJECTION TO PROOF OF CLAIM OF CONDOR CAPITAL CORP, PACER CLAIM # 2-1

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before <<<*(SEVEN DAYS PRIOR TO HEARING)*>>>, YOU OR YOUR LAWYER MUST:

1. File with the court a written response to the objection, explaining your position, at:

   U.S. Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   Eric J. McQuithey & Billi Jo McQuithey, 29417 Walnut St., Flat Rock, MI 481340000
   Office of the Chapter 13 Standing Trustee, 535 Griswold, Suite 2100, Detroit, Michigan 48226
   MARK E. STERN & ASSOCIATES 1815 FORD AVENUE WYANDOTTE, MI 481920000
   CONDOR CAPITAL CORP 165 Oser Ave Hauppauge, NY 11788-8827

2. Attend the hearing on the objection, scheduled to be held on November 23, 2015 at 11:00am in Courtroom 1042, United States Bankruptcy Court, 231 W. Lafayette, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE DETROIT
Tammy L. Terry, Attorney and Chapter 13 Standing Trustee

/S/ TAMMY L. TERRY (P46254)
Chapter 13 Trustee
/s/ KIMBERLY J. SHORTER-SIEBERT (P49608)
/s/ MARILYN R. SOMERS-KANTZER (P52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

October 5, 2015

IN RE:
Eric J. McQuithey and Billi Jo McQuithey,
Debtor(s).
29417 Walnut St.
Flat Rock, MI 481340000
SSN: XXX-XX- 5243, SSN: XXX-XX-2543
_____/

CHAPTER 13
CASE NO. 14-58730-WSD
JUDGE WALTER SHAPERO

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, copies of **TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF CONDOR CAPITAL CORP, PACER CLAIM # 2-1** , and **NOTICE OF OBJECTION TO CLAIM** were served via Electronic Court Filing and/or mailed to the parties at the stated addresses below.

October 6, 2015

/s/ LaToya Ethridge
For the Office of the Chapter 13 Standing Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Eric J. & Billi Jo McQuithey
29417 Walnut St.
Flat Rock, MI 481340000

MARK E. STERN & ASSOCIATES
1815 FORD AVENUE
WYANDOTTE, MI 481920000

CONDOR CAPITAL CORP
165 Oser Ave
Hauppauge, NY 11788-8827